1  **WO**

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT

7                   FOR THE DISTRICT OF ARIZONA

8

9   United States of America,           )    CR-12-1309-01-PHX-NVW
                                         )
10            Plaintiff,                 )
                                         )    **ORDER OF DETENTION**
11  vs.                                  )
                                         )
12  Sabino Gonzales Rubio, IV,           )
                                         )
13            Defendant.                 )
                                         )
14  _____     )

15        Defendant appeared before this Court on a Petition for Revocation of Supervised

16  Release.  A detention hearing was held.  The Court considered the Petition and file in

17  determining whether defendant should be released on conditions set by the Court.

18        The Court finds that defendant has failed to carry his burden of establishing that he

19  does not pose a serious flight risk pursuant to Rule 32.1(a)(6), Federal Rules of Criminal

20  Procedure.

21        The Court concludes, by a preponderance of the evidence, that defendant is a serious

22  flight risk and that there is no condition or combination of conditions that will reasonably

23  assure his appearance at future proceedings.

24        IT IS THEREFORE ORDERED that defendant be detained pending further

25  proceedings.

26        DATED this 3rd day of December, 2015.

27                                    _____
                                            Michelle H. Burns
28                                      United States Magistrate Judge